## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ABDUL MURRAY,

            Petitioner

            v.

COURT OF COMMON PLEAS OF
PHILADELPHIA,

            Respondent

: No. 13 EM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2020, the Petition for Writ of Mandamus and the Application for Appointment of Counsel are DENIED.